RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for JANMICHELLE BEATRICE GOULD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JANMICHELLE BEATRICE GOULD,

Defendant.

Case No. 3:26-cr-00015-MMD-CLB

**ORDER APPROVING AMENDED UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**[1]

Ms. Gould hereby moves to modify the conditions of her release to allow her to travel to San Jose, California, from November 2 to November 5, 2026.[2] *See* 18 U.S.C. §§ 3142(c)(3), 3145(a)(2) (permitting modification of pretrial release conditions). Ms. Gould hopes to travel to San Jose on November 3 and 4 to visit a friend, and the requested dates add one day on each end for travel. Neither U.S. Pretrial Services nor the government objects to this request.[3]

---

[1] This motion is timely filed, no deadline applicable.

[2] An earlier version of this motion asked the Court to suspend Ms. Gould's curfew and location-monitoring conditions. The defense has been informed that Pretrial Services does not view suspending those conditions as necessary to the travel—it merely needs a court order authorizing the travel, and it will make appropriate accommodations to allow Ms. Gould to do so. Accordingly, the defense is filing this amended motion making that simpler request for authorization to travel.

[3] Given that the government does not oppose this motion, Ms. Gould believes it is suitable for resolution without a hearing.

Following her initial appearance, this Court released Ms. Gould on a personal recognizance bond. ECF No. 10. That bond subjects Ms. Gould to a curfew and GPS location monitoring. *Id.* at 3–4. Ms. Gould has complied with those and all other conditions of release since beginning pretrial supervision.

Ms. Gould now seeks to modify the conditions of her pretrial release to permit her to travel as detailed above. Ms. Gould's curfew condition makes Court approval necessary for that trip. Her curfew restricts her to her residence every day, as Pretrial Services directs. ECF No. 10 at 3–4. Ms. Gould asks that, from November 2 to November 5, 2026, she be allowed to travel to San Jose. Ms. Gould would keep wearing her ankle monitor (with GPS location-monitoring) and maintain compliance with whatever curfew-related direction she is given by Pretrial Services throughout the trip unless Pretrial Services prefers some other disposition.

In the event Ms. Gould's trip is cancelled or changed, she will inform her Pretrial Services officer as soon as possible after she knows she will not need such a modification to her conditions.

This Court can "amend the [pretrial release] order to impose additional or different conditions of release" "at any time." 18 U.S.C. § 3142(c)(3). As a result, Ms. Gould asks this Court to: modify her conditions of pretrial release to permit her to travel to San Jose, California, from November 2 to November 5, 2026.

DATED October 29, 2026.

By: */s/ Sean A. McClelland*

SEAN A. MCCLELLAND
Assistant Federal Public Defender

**IT IS SO ORDERED.**

**DATED this 29th day of October, 2026.**

**CRAIG S. DENNEY**
**UNITED STATES MAGISTRATE JUDGE**